UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Jose Betancourt, et al.          CIVIL NO. 97-1458 (DRD)

v.

Defendant(s) Nippy, Inc., et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 34 | ☒ GRANTED. |
| Date: August/25/1999 | ☐ DENIED. |
| Title: Motion To Withdraw As Counsel | ☐ MOOT. |
| | ☐ NOTED. |

Francisco Rebollo-Casalduc of Nachman, Guillemard & Rebollo is hereby allowed to withdraw representation of Plaintiff's. Plaintiffs are therefore ORDERED to retain new counsel. Failure to retain new counsel by November 8, 1999 shall result in the dismissal of this case without prejudice. This Order is to be notified to Plaintiffs.

Date: 10/9/99.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE



3