UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JOSE BETANCOURT, et al.,

        Plaintiffs,

        v.                            CIVIL NO. 97-1458 (DRD)

NIPPY, INC., et al.,

        Defendants.

**ORDER**

The Court hereby rules as follows:

| Docket No. | Ruling | Title |
|---|---|---|
| 37 | **NOTED** | Notice of Attorney Appearance |
| 39 | **GRANTED** | Motion To Convert Initial Scheduling Conference To Status Conference Or For Continuance |
| 40 | **GRANTED** | Motion Joining Nippy's Motion For Continuance |
| 41 | **NOTED** | Informative Motion |
| 42 | **GRANTED** | Motion To Request Leave To File Amended Complaint |

**Regarding Docket Nos. 39, 40 & 41.** The **Initial Scheduling Conference** that was scheduled for this same date has been **reset to January 25, 2000 at 4:30 p.m.** The conference shall remain an ISC. Plaintiffs are to answer all pending discovery **by December 31, 1999**. No extensions shall be granted.

IT IS SO ORDERED.

Date: November 22, 1999                          DANIEL R. DOMINGUEZ

P:\PEACHORD.ERS\97-1458 MTN                   U.S. District Judge