UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JOSE BETANCOURT, et al.,

    Plaintiffs,

    v.                           CIVIL NO. 97-1458 (DRD)

NIPPY, INC., et al.,

    Defendants.

## ORDER

Given the status of this case and that this case has been pending for over three years, the parties are hereby **ORDERED** to attend a **Pretrial Conference** to be held in Chamber's on **June 9, 2000 at 9:00 a.m.**, with a Trial to follow shortly thereafter.

IT IS SO ORDERED.

Date: March 31, 2000

P:\PEACHORD ERS\97-1458 PTC

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:      EOD:

By:      #  78