UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JOSE BETANCOURT, et al.,

Plaintiffs,

v.   CIVIL NO. 97-1458 (DRD)

NIPPY, INC., et al.,

Defendants.

## ORDER

Because the parties have jointly informed the Court that the discovery has yet to be completed, the Court hereby **VACATES** the setting of the Pretrial Conference to be held on June 9, 2000. Further, the Court sets the following deadlines: discovery ends on June 30, 2000; dispositive motions are to be filed with the Court by August 1, 2000; and oppositions are to be filed by August 15, 2000. Further, a **Pretrial Conference** shall be convened on **August 21, 2000 at 4:30 p.m.** The parties are FOREWARNED that **NO EXTENSIONS** shall be granted. All deadlines are **FINAL** and **FATAL**. The parties' motions (Docket Nos. 79-83), are **GRANTED** in accordance with this Order.

IT IS SO ORDERED.

Date: June 9, 2000

P \PEACHORD ERS\97-1458 PTC

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:        EOD:

By:        #