UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| JOSE BETANCOURT, ET AL., | * | CIVIL NO. 97-1458(DRD) |
| Plaintiff | * | |
| v | * | |
| NIPPY, INC., ET AL. | * | |
| Defendants. | * | |

**ORDER**

Because there are pending dispositive motions, the court deems premature a pretrial conference. The pretrial conference scheduled for August 21, 2000, is continued sine die.

IT IS SO ORDERED.

San Juan, P.R., this 18 day of August 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

By phone: 8/18/00 - 4 P.M. - LR
Quintana & Fernandez - Atty. Fernandez
L. Oliver - (Secretary - Lucy)
R. Viñas - (Secretary - Gladys)
R. Santana - (Secretary - Michelle)