UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) __Jose Betancourt, et al.__     CIVIL NO. __97-1454__ (DRD)

v.

Defendant(s) __Nippy, Inc.__

| MOTION | ORDER |
|---|---|
| Docket entry no. __77__ | ☐ GRANTED. |
| Date: __4/13/00__ | ☒ DENIED. |
| Title: __Motion Requesting Order__ | ☐ MOOT. |
| | ☐ NOTED. |

Defendants' Request that the Court order Plaintiffs to pay $400 for services of translator is DENIED since plaintiff Jose Betancourt did appear at his deposition.

IT IS SO ORDERED.

Date: __3/16/01__

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE