UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**JOSE BETANCOURT, et al.**

Plaintiffs,

v.   Civil No. 97-1458(DRD)

**NYPPY, INC., et al.**

Defendants

## JUDGMENT

Pursuant to the Opinion and Order issued by the Court on this same date, the above captioned case is hereby **DISMISSED with prejudice**.

**IT IS ADJUDGED AND DECREED**.

March 19 2001

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)